UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SCOTT,

               Petitioner,

- *against* -

JOSEPH T. SMITH,

               Respondent.

07 Civ. 3395 (WP4)(LMS)

**DECISION AND ORDER**

    Petitioner, Michael Scott ("Petitioner"), filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In a letter to the Court dated February 26, 2008, Petitioner makes a second request that the Court appoint counsel from the pro bono panel. For the same reasons that I denied Plaintiff's first request (see Order dated July 11, 2007), I now deny his second request for appointment of counsel without prejudice to renew if circumstances warrant.

Dated: March 10, 2008
       White Plains, New York

SO ORDERED.

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

Copies Mailed to Counsel of Record.